THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY M. GIORDANO, on Behalf of VICKRAM BEDI, Petitioner, v KEVIN M. CHEVERKO, Respondent. [936 NYS2d 906]

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the County Court, Westchester County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger,* 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson,* 48 NY2d 230 [1979]). Angiolillo, J.P., Dickerson, Austin and Cohen, JJ., concur.